# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

In Re:                                              :
                                                    :      Case Number:  09-10001
    KASEY REALTORS, LLC,                      :
                                                    :      Chapter 11
_____Debtor._____:

## MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE

Kasey Realtors, LLC., the Debtor and Debtor-in-Possession (the "Debtor") in the above-referenced bankruptcy case, through counsel, hereby moves the Court pursuant to 11 U.S.C. § 363(b)(1) for authority to sell certain personal property of the Debtor's estate, and in support thereof respectfully shows the Court as follows:

1.   The Debtor filed its voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code on January 2, 2009.

2.   The Debtor remains in possession of its property and continues to operate and manage its business as a debtor-in-possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

3.   The Debtor seeks to liquidate certain personal property of the debtor's bankruptcy estate (the "Property") located in the debtor's former offices in Waynesville, Black Mountain and Asheville, North Carolina, through private sales.  The Property is generally made up of office furniture, fixtures and equipment with each item being worth less than $500.00.

4.   The following is a list of items where buyers are in place:

       a)    2 L Desks @ $400 each
               1 Small L Desk @ $250
               4 Guest Chairs @ $50 each
               2 Filing Cabinets @ $150 each
               1 Telephone Desk @ $100

    b)    2 Work Stations @ $500 each

5.    Due to the relatively low values of the items constituting the Property, the Debtor believes that it would be in the best interest of the estate to sell the Property for cash or cash equivalent for the amount indicated.

6.    Debtor also seeks authority to move certain pieces of the Property to Office Supply Liquidators where it will be for sale to the general public. Office Supply Liquidators charges 50% of the sale price as a fee for marketing and handling the sale of items. The items being moved are being removed from buildings where Debtor no longer has office space and is being forced to vacate. If Debtor does not remove this property it will incur additional charges for storage and/or lose the property to the landlord and/or respective creditor foreclosing on the real property housing the Property.

7.    The Property is not currently subject to any liens.

8.    The sales will be final and no exchanges or refunds will be given after the sale is consummated  The Property shall be sold "as is" and with no warranties whatsoever.

9.    Due to the nature of the Property, the Debtor requests that he be authorized to complete the sales without additional confirmation by the Court.

10.    In the opinion of the Debtor, the terms, conditions and methods of the sales are in the best interests of the estate and allow for a maximum return on the Property.

11.    The Debtor will include reports of all sales in its Monthly Reports submitted to the Court.

WHEREFORE, the Debtor prays that the Court will enter an Order:

1)    Authorizing the sales of Property as set forth herein;

2)    Authorizing the sales to be completed without additional confirmation by this Court; and

2

3)      Granting such other relief as is just.


This the 21st day of April, 2009.


/s/ Anna S. Gorman
Anna S. Gorman (State Bar No. 20987)
A. Cotten Wright (State Bar No. 28162)
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Telephone: 704.332-0208; Fax:  704.332.0215
Email:  agorman@grierlaw.com

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
#### Asheville Division

| | |
|---|---|
| IN RE: | **CASE NUMBER 09-10001** |
| **KASEY REALTORS, LLC,** | **CHAPTER 11** |
| **DEBTOR.** | |

### NOTICE OF OPPORTUNITY FOR HEARING
### (NO PROTEST)

Grier Furr & Crisp, PA, counsel for Kasey Realtors, LLC, filed **Debtor's Motion to Sell Property of the Estate** ("Motion") with the Court.

TAKE NOTICE that any response, including objection, to the relief requested in the attached Motion should be filed with the Clerk of the United States Bankruptcy Court, Asheville, North Carolina, within fifteen (15) days of the date of this notice and a copy served on the undersigned attorney and upon other parties as required by law or Court order. Any response shall clearly identify the Motion, and it shall comply fully with Local Bankruptcy Rule 9013-1.

TAKE FURTHER NOTICE that if no response is filed in a timely manner, no hearing will be held and the Court will consider the Motion on the records and enter its ruling.

TAKE FURTHER NOTICE that if a response is timely filed and served, the Court will conduct a hearing on **May 20, 2009 at 9:30 a.m.** at the United States Courthouse, 100 Otis St., Asheville, North Carolina. No further notice of this hearing will be given.

**DATED** this 21st day of April, 2009.

/s/ Anna S. Gorman
Anna S. Gorman
State Bar No. 20987
Grier Furr & Crisp, PA
101 N. Tryon Street, Suite 1240
Charlotte, NC  28246
(704)332-0208 - Telephone
(704)332-0215 - Fax
agorman@grierlaw.com- E-mail Address

4

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

In re:                                :
                                      :    **Case Number:  09-10001**
   **KASEY REALTORS, LLC,**           :
                                      :    **Chapter 11**
        **Debtor.**                   :
_____       :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Motion for Authority to Sell Property of the Estate and Notice of Opportunity for Hearing*, were served on the following parties by placing said copies in the United States mail, first-class postage prepaid, and addressed as follows:

John Bramlett
U.S. Bankruptcy Administrator
**Served via electronic process**

Daniel M. Eliades
Forman Holt Eliades & Ravin, LLC
80 Route 4 East
Paramus, NJ  07562

Lance P. Martin
Ward 7 Smith, P.A.
BB&T Building, Suite 1403
1 West Pack Square
Asheville, NC 28801

Douglas R. Ghidina
Moore & Van Allen, PLLC
100 North Tryon St., Ste. 4700
Charlotte, NC 28202-4003

T. Bentley Leonard
Leonard & Moore, PLLC
274 Merrimon Avenue
Asheville, NC 28801
Attorney for Coldwell Banker

Studebaker-Worthington Leasing
Attn:  Tony Campi
PO Box 1270
Hicksville, NY  11802

COS - Kasey Realtors, LLC
Document #: 76852
Author_Id: KRB

Advanced Business Equipment, Inc.
Attn:  Jaime Hare
PO Box 5836
Asheville, NC 28813

Asheville Citizens-Times
Attn:  Sandi Peterson
PO Box 2090
Asheville, NC 28802

California First Leasing Corporation
Attn:  Pricilla H. Douglas
18201 Von Karman Avenue, Ste. 800
Irvine, CA  93612

This the 21st day of April, 2009.

/s/ Anna S. Gorman
Anna S. Gorman

Grier Furr & Crisp, PA
101 N. Tryon St., Ste. 1240
Charlotte, NC 28246
(704) 332-0215 - Fax