

FILED & JUDGMENT ENTERED
David E. Weich

May 11 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

In Re:

KASEY REALTORS, LLC,

Debtor.

Case Number: 09-10001

Chapter 11

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE

This matter came before the Court on the Debtor's *Motion for Authority to Sell Property of the Estate* (the "Motion") filed by Kasey Realtors, LLC ("Debtor"), through counsel, on April 21, 2009. After due and proper notice of the relief requested in the Motion, and there being no objections, that it is in the best interest of the Debtor's estate and creditors that the Motion be granted.

It is ORDERED:

The Debtor is hereby authorized to liquidate items of personal property valued less than or equal to $500 each free and clear of liens for cash or cash equivalent without further order of the court either directly to buyers or through Office Supply Liquidators. Debtor will include reports of any sales on its Monthly Reports filed with this court.

This Order has been signed
Court
Electronically. The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy